UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY, a
division of Time Warner Entertainment Co., L.P.,

    JUDGMENT
    04-CV- 5673 (JG)

                      Plaintiff,

  -against-

HARENDRAY VERMA,

                      Defendant.
-------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 28 2006 ★

**BROOKLYN OFFICE**

An Order of Honorable John Gleeson, United States District Judge, having been filed on June 23, 2006, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated April 26, 2006; and directing the Clerk of Court to enter judgment awarding plaintiff damages of $9,360.00, as well as $3,290.38 in attorneys' fees, for a total award of $12,650.38; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; and that judgment is hereby entered in favor of plaintiff, Time Warner Cable of New York City, a division of Time Warner Entertainment Co., L.P., and against defendant, Harendray Verma, awarding damages of $9,360.00, as well as $3,290.38 in attorneys' fees, for a total award of $12,650.38.


Dated: Brooklyn, New York
       June 26, 3006

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court